UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-61309-CIV-DIMITROULEAS

JOEL YALE GREENBAUM,
an individual,

    Plaintiff,
v.

DEERFIELD AUTOMOTIVE, LLC.,
a Florida limited liability company,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court upon the Court's September 28, 2022 Order Granting Motion to Compel Arbitration. *See* [DE 16]. Therein, the Court ordered, in pertinent part, that: "the parties shall file status reports as to the status of the arbitration on or before **December 27, 2022** and every ninety (90) days thereafter." *See* [DE 16] at ¶ 5. As of the date of this Order, however, the parties have failed file a status report.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **January 4, 2023**, the parties shall file a status report as to the status of the arbitration. The Parties shall continue to file status reports every ninety (90) days thereafter.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida this 28th day of December, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record